In the United States
District Court
for the Eastern District
of
North Carolina Southern Division



FILED
DEC 09 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Case No: 7:19-CV-155H

Evette Johnson
Plaintiff(s)


V.


Novant Health
Brunswick Medical Center
Defendants(s)

Particularized Complaint


12/9/2019


Evette Johnson

On **December 14, 2018,** I wrote an email to my Supervisor, William Jones. The email contains the conditions of our department when he is not present. And, I emphasized that I needed to talk to him. William Jones did not respond to my email until **January 3, 2019**. I wanted to talk to him about Ms. Jessie, the cafeteria cashier would throw snappy hints and innuendoes about how employees leave the café table, complaining how she had to clean up after us, and when I accidently drop something on the café floor she would wait until I get to the cash register to go and pick up a napkin that I dropped. After so many months of Ms. Jessie's torment, I decided to let someone know, but my email went unanswered. The next day **December 15, 2018,** I spoke with the supervisor of the cafeteria, Trevor Douglas, Food & Nutrition Director about my cafeteria visit. I explained to Trevor that it's not me that leaves the cafeteria dirty and I didn't understand where this energy was coming from. Trevor then said that he will talk to Ms. Jessie. On **December 17, 2018**, I when down during my first break and Ms. Jessie was overly nice to me so I assumed that Trevor had a talk with her. But later that afternoon during lunch, it happened again. All I said was, "wow for only three items," while smiling and Ms. Jessie replied with nasty remarks and slammed my receipt and change in my hand. I told Ms. Jessie that I was going to speak to her supervisor, Trevor. I was very upset, so I got out of the cashier's line to confront Trevor to tell him that she was being rude again. At this point I did not hear anything from my email that I sent to my supervisor, William Jones. My supervisor did not talk to me about the cafeteria incident until Trevor brought it to his attention. When I finally spoke to Manager Christian Boyd and William Jones, on **January 3, 2019.** I explained to them that the rudeness of Ms. Jessie has been happening for months, but it was getting worse and I wanted the bad behavior toward me to stop. I just thought that she was a little bipolar. They asked me to put everything in writing and give it to them. I never had a chance the next day I got a write-up. On **January 4, 2019**, I was presented with a write-up sheet from Christian Boyd and William Jones for what had happened in the cafeteria. The write-up says, "you were in violation of Novant Health's Policy, Professional Conduct and Culture of Safety. You failed to cooperate with or display courtesy to other employees while in the cafeteria purchasing food. And any further offense of this nature will result in additional discipline up to and including termination." Plus, I was not able to float to another department to help them on my days off or receive my bonus. So, since I'm getting the write-up, I concluded that I was considered a liar. But not once they mentioned this during our meeting on **January 3, 2019.** Plus, Ms. Jessie is not a Novant Health employee, cafeteria workers are under a contract. I disputed the accusations and filed a formal complaint on **January 28, 2019** by speaking

with Pamela Lockett, CEAP, an Employee Relations Coordinator/Analyst over the phone. My formal complaint was faxed on **February 1, 2019.** I was referred to Leroy Anderson, HR Rep at the Winton Salem Office. In fact, I filed two formal complaints, the first on **January 28, 2019** complaint number is HRC0220217, I got no response. The Second complaint on **February 21, 2019** complaint number is HRC0224906. I was referred to Tracey Long, on site HR. Something else bad happened to me a year ago on **January 4, 2018.** On this day snow was on the ground. The local news said, "the road is dangerous and stay off the road. So, despite what the news said my husband and I risked our lives to get me to work on that day. I was late due to road conditions, but I got there. After risking my life, Christian wanted me to sign a write-up for being late. I refuse to sign because at the time of the snow day Christian was not a Manager. Also, on this day, I was eating lunch with a co-worker and Janet Keech, RN and charge for the day came all the way downstairs to confront me in front of my co-workers. She said that some of the girls said that I was in the breakroom. It was true, I was in the breakroom but for my 15-minute break. But that was about three hours earlier. I was upset, embarrassed and humiliated. Janet had her hands on her hips and bent her torso over so that we can be face to face. Janet is at least six feet tall and I'm five feet two inches plus sitting in a chair. What about her unprofessional conduct towards a real Novant Health employee? I told Christian Boyd, who was not the Manager at the time and Marianna Boyd, MUR who was sitting at the main nursing station and refuse to answer patient call bells, that I was going to lunch plus I had an ascom phone with me.

**January 28, 2019,** I came to work and noticed that there was a change. Christian Boyd suddenly assigned the secretaries their station. Normally, we secretaries decide what assignment we will work for the day. So Christian Boyd assigned for me to work North and South workstation and Meredith Stanley the main station. Main station secretary doesn't move from the workstation desk. During my routine Meredith Stanley handed me a note in her handwriting. The note contained a list of things that needed to be done. The list were really the things that was supposed to be done over the weekend not on a busy Monday. By 8 o'clock this morning I already had four discharges. As I run back and forth from North and South workstations Meredith Stanley called out and asked me, did I do the things on the list. My answer was no I was very busy working on my discharges plus I had on this day five to seven surgical admits, our department was full of patients, and Monday is our busiest day of the week. I feel that this was a set-up. Christian Boyd came to work early to sabotage the secretaries' assignment. Meredith Stanley worked that weekend why wasn't the chores done. I filed a

formal complaint I knew that Christian Boyd, William Jones, and Megan Childers was constantly trying to get me fired by harassment, bulling, and discrimination.

Plus, Christian Boyd was with a new employee. I was sitting at the main workstation along with Amber, CNA. Christian walked up with new employee and introduce her to Amber but not me. Then I was called into the office again with Christian Boyd and William Jones. And that's when she accused me of refusing to work. On **January 28, 2019** Christian Boyd said that she heard me tell Meredith Stanley that I refuse to do what was on the list. I asked her that why didn't my supervisor give me the list themselves? And how can I refuse work which was not giving to me by my managers or supervisor? I never gave another secretary an assignment so why is Meredith giving me an assignment? I was working here a year before Meredith Stanley and why did Christian Boyd give Meredith Stanley authority over me to give me an assignment and why wasn't it done over the weekend like it was supposed to be done? Christian Boyd had no answers for me. But Christian Boyd and William Jones continues to bully me, humiliate me, intimidate me, threating my job and give me non-practical excuses and solutions. William Jones tried to trick me into signing a write-up that I had a disagreement with. He sounded like a con man and displayed unreasonable behavior by victimizing me as well. Christian Boyd will shout at me when she doesn't shout at any other employee, she and Megan Childers would single me out of all the employees for unjustified criticism or blame.

Since Christian Boyd and William Jones couldn't find anything to write-me-up on Monday, **January 28, 2019**, they came up with something on **February 11, 2019.** It was for violation of rules of conduct group II: Loafing or neglecting work. Plus, any further violations will result in progressive discipline up to and including termination. Also, the write-up says, "on the day shift of **January 29, 2019** you were noted to be at the main workstation when the chair alarm of the patient in room 2106 began to chime. You made no move to check on this patient, which could have resulted in a significant safety event and or death for this patient. Please be advised that chair and bed alarms are serious alarms that need to be addressed immediately by anyone in ear shot. This patient was found standing, foley catheter stretched taut as well as IV line and precariously close to falling." When I was confronted with this write-up, I told Christian Boyd and William Jones that I was not loafing or neglecting my work. Kayla Cox was sitting with an IVC patient in room 2138. The patient touched Kayla Cox inappropriately and said that he liked Black/African American women. Security was call and Kayla Cox was escorted by security to the main workstation where I was working. Kayla Cox came to me with Security Ricky, last name unknown and told me that she was told to give

report to me so that I can go and sit in the room with the IVC patient in room 2138. When I arrived at 2138 the patient was delusional, unsteady on his feet, and naked. The patient requested black coffee because that's how he like his women which he repeated over and over. Gail Cook, Patient Services was rounding and was able to get the patient his cup of coffee. So, Kayla Cox and I was **not** talking about stuff she was giving me report on a patient. This not the first time I sat with this patient.

On Sunday, **January 21, 2019**, I was assigned to work downstairs in the emergency room department. I was sitting at room ED12 where patient in room 2138 came from. But I notice a tall black male with IVC uniform walking toward the emergency room lobby. I alerted the male charge nurse of ER for the day. He and two other nurses ran after the male patient. I got from my chair and walked calmly to the phone so I can keep my eyes on my patient in ED12 and dial 55 so a code walker can be announced throughout the building to alert everyone. After the call I sat back down to my patient. About eight to ten minutes later the sitter for that patient with IVC uniform came and asked me did I see her patient. I told her yes, he is being chased out in the parking lot. Then she walked towards the door the patient has walked out. My question is why she still have a job the patient was in the bathroom she didn't even see him come out the bathroom. She was busy playing or looking at her cell phone. Then, accused the patient of pushing her when she realized that she was in trouble.

When the chair alarm went off in room 2106, Christian Boyd claimed she came to me at the main workstation to tell me that I was being written-up which is false she did not. Plus, the patient was not wearing a foley catheter like the write-up says. The patient was wearing a condom catheter. Why was I being written-up for a patient nearly falling or for just standing up when I'm just a secretary. But when I asked Christian Boyd and William Jones for the time this happened, they refuse to tell me. I asked William Jones again went I was terminated, and he refuse to tell me what the time was this patient nearly died. Where were his nurse and his aid? My job was to contact aid about the patient being in danger or the Nurse if the aid is unavailable. And why didn't Carolyn Vaught (Renea) get written up? She was there that day. The chair and bed alarms are heard throughout the department so why didn't she answer the chime she is supposed to be my back-up just in case I'm on the phone and can't answer the bed and chair alarm. So, thirteen days later I was written up. Christian Boyd and William Jones said they did a complete a thorough investigation. I filed a complaint about this incident case no: HN-19-02-00035 on **February 14, 2019**. Jill Ward did not respond until **March 4, 2019**. I was terminated by the time she responded. She claimed to have done an investigation.

I didn't see Kayla anymore until **February 13, 2019** when I relieved her for her break. She was a sitting in room 2135. I noticed that she took longer than usual to come back. When Kayla Cox returned, she informed me that her supervisor Jason, (Rutkowski) last name not sure, asked her what I was talking about on **January 29, 2019**. Kayla Cox informed her supervisor that the conversation was professional and that she was giving me report on the patient who touch her inappropriately in room 2138. I took the time to record on my cell phone Kayla Cox as she was talking about her encounter with her supervisor, Jason. Then, I recorded conversations on my cell phone I had with the nurses who cared for the patient in 2106 and the aids. That's how I found out the catheter being a condom catheter **not** a foley. But none of them haven't heard anything about their patient standing, falling, or nearly dying with a foley catheter on.

Around the time when all of this was happening to me, I notice that Megan Childers, Christian Boyd, William Jones, and the lady that does the time sheet I think Ms. Thortson (Michelle Thortson?) will spend hours in the CUL's office. On one occasion I saw Jill Ward joining the party on **February 18, 2019** and she had a huge book with her. Jill Ward didn't even speak. Now I see where William Jones get it from. He never speaks or greet his two Black/African American secretaries. He would pretend he on his phone or digging in his pockets etc. But he is always up and personal with the White secretaries. Megan Childers had no business in these meetings since she is no longer a manger. William Jones and Christian Boyd was scrounging around looking for something to write me up on whether it was true or not.

Whenever I voiced my option, facts, complaints or concerns it went unnoticed. I contacted the alert line about nurses being inconsistent about the assignment rotation on **June 8, 2018** and case no: NH-18-06-0009, they don't consider me like they do my White counterparts. For example, if a White secretary would say the rotation is incorrect the charge nurse will fix it without any questions. But if I announce the rotation is incorrect, they keep it like so and always said they will investigate it later. I have a copy how the rotation book is incorrect. I contacted the alert line on **February 14, 2019** for being bullied by my management. I contacted the alert line on **June 23, 2018** for being threatened to be elbowed in the nose right in from of a Megan Childers who start this whole bullied fiasco with Michelle Hinson. When Megan Childers was manager, she had me escorted out of the building, accused me of refusing to work, Megan lied to House Supervisor Regina, last name unknown, and abused her authority. But it was her

buddy Joanne Swanson, Secretary who refused to work and threw a correction tape at my head. Megan Childers's best friend Michelle Hinson who yelled at me to get up from my desk because she wanted to give report to day shift nurse, and I was trying to complete a discharge. I contacted the alert line on **January 9, 2019** case no: NH-19-01-0006 for trying to be tactful about the cafeteria incident and William Jones forwarded the email to Christian Boyd who handled it poorly by announcing during our morning huddle that we as a team need to practice etiquettency when writing an email. ETIQUETTENCY is not a word and that's when Robin the night shift Manager joined the bulling team. I contacted the alert line for bulling me even where I park my car during my shift. Sometimes they would not allow me to schedule my work week on **February 13, 2019** I was not able to schedule my work week on several occasions, but other secretaries had theirs done with no problem, proof I knew that they were going to fire me. William Jones sent emails to have my car tow away (I have a copy). If I didn't park my car in the back of the building. I don't park back there because when Megan asked me to leave it was nearly two or three o'clock in the morning. The parking lot was spooky during that time. But my White counterpart continued to park their cars out front. Also, a year earlier I contacted the alert line on **January 9, 2018** for Janet Keech ruining my thirty-minute lunch with my co-workers. And reported Megan Childers for feeding an IVC patient raw pizza with a history of diabetes. I told and showed Megan Childers how the pizza was raw. She feed it the patient anyway.

I received my final write-up on **February 19, 2019** it was the day I was terminated. The write-up mentioned that **"On February 18, 2019,** multiple staff members of a failure to relay vital admission in formation to nurses receiving patients thus creating a delay in the admission process and patient care. It was also reported by team members that, during this shift multiple requests to make copies for a patients' chart were ignored resulting in additional delays in care for an emergant patient transfer. Also, it was reported to management that there was a willfull neglected of call lights, again creating delays in patient care." I can't believe that my managers wanted me to do the work of three secretaries all by myself busy Monday. Thanks to Gail Cook from patient services I would had fell behind on my work Gail Cook was able to help me with the phones, patient call bells, and meet and greet that are done for patients that are admitted to the hospital. A young volunteer was able to help me as well. I only had a 15-minutes break out of my whole shift Amy Evans, charge for this day, did nothing to help but rush and hurried me to complete patient discharge and hospital follow-up appointments. I was terminated by William Jones and Debbie Lambert, ICU Supervisor. When I logged in to API to sign off on my timecard, someone else had already signed off on it for me. I spoke to Leroy Anderson on **February 19, 2019** at 10:17am to

check my status and to see what was next but I was fire on that same day. Finally, I was able to talk to HR at our location Ms. Tracey Long. I spoke to her by phone about my appeal. Later, a meeting was set up with me and COO, Shelborne who claimed he did an investigation and agreed with my termination. I was disappointed but still determine so I requested an appeal again. This time a meeting was scheduled with Michael Vaccro who was familiar with my situation. I emailed him and others my story of me being bullied and tormented. Mr. Vaccro agreed with the termination as well.

Working at Novant Health Brunswick Medical Center was detrimental. I'm very emotional now and suffers from depression and a professional setback. On nights before I started my work week at Novant Health, I felt nauseous with bad anxiety. I will schedule my time off for mental health breaks. I felt physically exhausted all the time. I even started to believe it was me who provoked the bullying. Christian Boyd would ask White co-workers, "why are you talking to Evette?" Jill Ward solution was, "you must get along with your leaders" and Lynette Pinkston use to tell me, "I can't change their thoughts." Maybe that is true, but their actions should have been controlled and accounted for while at work.

*Evette Johnson*

Evette Marie Johnson
Wrongfully Terminated

12/9/2019