THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA SOUTHERN DIVISION

**EVETTE JOHNSON**

**Plaintiff**

vs.

**NOVANT HEALTH/BRUNSWICK COMMUNITY HOSPITAL**

**Defendant**

CASE NO. 7:19-CV-155BO

FILED
JUL 1 9 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

## MOTION FOR DEFAULT JUDGMENT

The Defendant has a certain amount of time, typically thirty days, in which to respond or request an extension. N.C.R. CIV. P. 12(a). If the Defendant fails to do so, the Plaintiff may obtain judgment for "affirmative relief" against the Defendant by default. *McIlwaine v. Williams*, 155 N. C. App 426, 428 (2002). Rule of Civil Procedure 55 governs this process.

The Plaintiff Evette Marie Johnson respectfully moves this Court to find that the evidence of the Complaint are confessed against the Defendant Novant Health/Brunswick Community Hospital and set the matter immediately and hereby states as follows:

1. The Plaintiff filed a Particularized Complaint on 12/9/2019. (Exhibit A)
2. The Plaintiff even filed a Checking Case Status on 3/30/2020 (more than 90 days after). (Exhibit B)
3. The Defendant responded with an Order and Memorandum & Recommendation on 9/10/2020. (more than 5 months later) (Exhibit C)
4. The Plaintiff's complaint is about being bullied, singled out, the subject of all jokes, retaliated and discriminated which left the Plaintiff detrimental, emotional, depressed, professional setbacks, financial ruined, unable to afford medicine, nauseous, anxiety, paranoid, and unable to trust White/Caucasian co-workers. Filed on 12/9/2019

1

5. The Defendant responded on 9/10/2019 some 5 months and some days later.

The Defendant's write-ups are false. The Plaintiff can set the matter for prove-up immediately with the use of audio recorded. The Plaintiff recorded a conversation with Kayla Cox on 2/13/2019, Christie Johnson on 2/13/2019, Suzy and Vanessa ,both RNs, on 2/11/2019. The Plaintiff filed this information on 11/30/2020. The Plaintiff believe that discrimination was a factor because of race, which is a violation of Title VII of the Civil Rights Act of 1964, as Amended.

The Defendant failed to filed a response with the required time subjects the claim to entry of default. See N.C.R. CIV. P. 12(a); N. C. R. CIV. P. 6(b) (extensions of time); 6(e) (additional three days where "mail box rule" applies). .

Respectfully submitted on July 19, 2021,

*Enittte Johnson*

2

# THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA SOUTHERN DIVISION

**EVETTE JOHNSON**

**Plaintiff**

vs.

CASE NO. 7:19-CV-155BO

**NOVANT HEALTH/BRUNSWICK COMMUNITY HOSPITAL**

**Defendant**

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing has been furnished by Hand Delivery on July 19, 2021 to the following:

- Evette Johnson, 564 Harris Trail, Ocean Isle Beach, North Carolina 28469
- Nikole Setzler Mergo, 1230 Main Street, Suite 700 (29201, Columbia, South Carolina 29202, Attorney for Novant Health/Brunswick Community Hospital

,

3

# Acknowledgement

STATE OF North Carolina

COUNTY OF Brunswick

I certify that Evette Johnson personally appeared before me this day, acknowledging to me that he or she signed the foregoing document: Case No: 7:19-CV-155BO.
<br>Name or description of attached document

I further certify that (select one of the following identification options):

☐ I have personal knowledge of the identity of the principal(s)

☒ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a NCDL.
<br>type of identification

☐ A credible witness, _____, has sworn or affirmed to me the
<br>name of credible witness
<br>identity of the principal, and that he or she is not a named party to the foregoing document, and has no interest in the transaction.

Date: 07/19/2021

Notary Public: Stephanie C Drew

Typed or Printed Notary Name: Stephanie C. Drew

My commission expires: 03/21/2024

(Official Seal) [Seal: STEPHANIE C DREW, NOTARY PUBLIC, BRUNSWICK COUNTY, NC]