UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EVETTE MARIE JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NOVANT HEALTH BRUNSWICK MEDICAL )<br>CENTER, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 7:19-CV-155-BO** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs motion for extension of time [DE 17) is DENIED as MOOT and plaintiffs motion for default judgment [DE 26] is DENIED. Defendant's motion to dismiss [DE 18] is GRANTED. This action is DISMISSED.

**This Judgment Filed and Entered on August 19, 2021, and Copies To:**

| | |
|---|---|
| Evette Marie Johnson | (via CM/ECF electronic notification) |
| Ashley R. Parr | (via CM/ECF electronic notification) |
| Nikole Setzler Mergo | (via CM/ECF electronic notification) |

DATE:  
August 19, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk